UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. SA CR 19-00025-DOC-5 |
|---|---|
| Plaintiff, | **AMENDED** JUDGMENT REVOKING AND REINSTATING SUPERVISED |
| v. | |
| SHEILA LEE CUNDALL | |
| Defendant. | |

WHEREAS, on March 30, 2022 came the attorney for the government, AUSA Gina Kong, and the defendant appeared with appointed counsel Benjamin Lechman, the defendant admits allegations one through four (1-4) as set forth in the Petition of Probation and Supervised Release, filed on November 17, 2021 and March 15, 2022.

WHEREAS based on the admission of the defendant to Allegations one through four (1-4) and the Court having found the defendant to be in violation of the terms and conditions of supervised release imposed on April 13, 2020;

IT IS HEREBY ORDERED that the defendant's supervised release be revoked and the defendant be committed to the custody of the Bureau of Prisons for a period of three (3) months.

1.

Upon release from custody, the defendant shall be placed on supervised release for a term of 24 months, under the same terms and conditions originally imposed, with the following modifications and/or additional condition(s):

(1) Upon release from custody, the defendant shall reside in a residential reentry center for a period not to exceed 90 days, pending placement in a residential drug treatment program, and shall observe the rules of that facility.

IT IS SO ORDERED.

//
//

Dated: March 30, 2022

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE